

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-93-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHARLTON VICTOR CAMPBELL and MICHAEL JAMES MASON, | |
| Defendants. | |

Upon the United States' unopposed Motion to Move Case to the Butte Division (Doc. 26), and good cause appearing,

IT IS HEREBY ORDERED that the motion to move this case to the Butte Division is **GRANTED**. The Clerk of Court is directed to transfer the case to the Butte Division.

IT IS FURTHER ORDERED that the trial in this matter set for November 28, 2016 is **VACATED** in the Billings Division.

DATED this 18th day of October, 2016.

SUSAN P. WATTERS
United States District Court Judge

1