HERMAN A. "CHUCK" WATSON III
Trial Lawyer
424 East Main Street, Suite 203A
Bozeman, Montana 59715-4796
Telephone: (406) 586-4707
Facsimile: (406) 582-0836
Watlawparalegal@Gmail.com

Attorney for Defendant,
　　　*Charlton Victor Campbell*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

\* \* \* \* \*

| | | |
|---|---|---|
| STATE OF MONTANA, | ) | Cause No.  CR-16-23-BUDLC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| vs. | ) | **CONTINUE TRIAL DATES** |
| | ) | |
| CHARLTON VICTOR CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, Defendant, Charlton Victor Campbell, through his counsel, and respectfully requests a sixty (60) day continuance for the Pretrial Hearing and Trial dates set for, November 28, 2016, at 8:30 a.m., and November 29, 2016, at 9:00 a.m.

IN SUPPORT THEREOF, the undersigned is undergoing treatment for a health condition which will hopefully be resolved soon. Attached hereto is a note from Pamela Hiebert M.D., indicating her support for the relief requested.

The undersigned has consulted with the client, counsel for the government, counsel for Mason, and there is opposition. The request is for an adjustment of the trial and deadlines set forth in the Scheduling Order.

The Motion is in uncontested.

DATED this 17th day of November, 2016.

Herman A. Watson III

**CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing **ENTRY OF APPEARANCE** was **emailed** of even date and addressed as follows:

Brendan McCarthy
Assistant U.S. Attorney's Office
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Brendan.McCarthy@usdoj.gov

Melissa M. Hammer
Paralegal



**BOZEMAN HEALTH**
DEACONESS HOSPITAL

BOZEMAN INTERNAL MEDICINE ASSOCIATES
BOZEMAN HEALTH INTERNAL MEDICINE ASSOCIATES
905 Highland Blvd, Suite 4500
Bozeman MT 59715
406-414-2400

November 3, 2016

HERMAN A WATSON
424 E MAIN ST SUITE 203 A
BOZEMAN MT 59715

To Whom It May Concern:

Due to medical testing an treatment during the next two months please give consideration to
Mr. Watson in scheduling court matters.

Sincerely,

Pamela Hiebert, MD FACP

Internal Medicine Clinics     bozemanhealth.org

931 Highland Blvd., Suite 3260 | Bozeman, MT 59715 | 406-414-5506
925 Highland Blvd., Suite 1100 | Bozeman, MT 59715 | 406-414-5533
905 Highland Blvd., Suite 4500 | Bozeman, MT 59715 | 406-414-2400

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

* * * * *

| | | |
|---|---|---|
| STATE OF MONTANA, | ) | Cause No.  CR-16-23-BUDLC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED ORDER FOR MOTION** |
| vs. | ) | **TO CONTINUE TRIAL DATES** |
| | ) | |
| CHARLTON VICTOR CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

Upon review of the Unopposed Motion to Continue Trial Dates, filed by Herman A. Watson III, as counsel for Defendant, Charlton Victor Campbell, in this case, and the Court having considered the same, now enters the following order.

IT IS HEREBY ORDERED that the Pretrial Hearing and Trial dates set for, November 28, 2016, at 8:30 a.m., and November 29, 2016, at 9:00 a.m., be continued to _____ ___, 201_, at __:____ _.m..

Dated this _____ day of _____, 2016.

cc:     [  ] Herman A. Watson III
        [  ] Brendan McCarthy Asstisant U.S. Attorney
        [  ] CharltonVictor Campbell

_____
Honorable Brenda A. Gilbert

- 1 -