IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL JAMES MASON,<br><br>　　　　　　Defendant. | CR 16–23–BU–DLC<br><br>ORDER |

　　　The government having filed an unopposed motion to continue the motions hearing set for February 10, 2017,

　　　IT IS ORDERED that the motion (Doc. 38) is GRANTED.  The hearing on Defendant's Motion to Dismiss Counts I and II (Doc. 33) and Motion to Dismiss or Enjoin Prosecution (Doc. 35) set for February 10, 2017, is VACATED and RESET for February 17, 2017, at 1:30 p.m in the Russell Smith Courthouse, Missoula, Montana.

　　　Dated this 23rd day of January, 2017.

_____
Dana L. Christensen, Chief District Judge
United States District Court