IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–23–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL JAMES MASON, | |
| Defendant. | |

Pending before the Court is the Plaintiff the United States of America's motion to file its response to Defendant's motion to dismiss or enjoin prosecution under seal. For good cause shown,

IT IS ORDERED that Plaintiff's Motion for Leave to File Under Seal Response to Motion to Suppress and Motion to Dismiss or Enjoin Prosecution (Doc. 41) is GRANTED. The Clerk of Court shall seal Plaintiff's response (Doc. 42).

Dated this 30th day of January, 2017.

Dana L. Christensen, Chief Judge
United States District Court

1