TARA J. ELLIOTT
JOSEPH E. THAGGARD
Assistant U.S. Attorneys
U.S. Attorney's Office
105 East Pine, Second Floor
Missoula, Montana 59802
Phone:     (406) 542-8851
FAX:       (406) 542-1476
E-mail:    tara.elliott@usdoj.gov
           joseph.thaggard@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. MICHAEL JAMES MASON, Defendant. | CR 16-23-BU-DLC-02 <br><br> **UNITED STATES' NOTICE OF SUBSTITUTION OF COUNSEL** |
|---|---|

The United States, by and through Assistant U.S. Attorneys Tara J. Elliott and Joseph E. Thaggard, give notice that they are substituted as counsel of record for the United States in this matter in place of AUSA Brendan McCarthy for all

1

future proceedings. Mr. McCarthy has a conflict which prevents him from continuing as counsel for the government.

DATED this 7th day of March, 2017.

                MICHAEL W. COTTER
                United States Attorney

                */s/Joseph E. Thaggard*
                JOSEPH E. THAGGARD
                Assistant U.S. Attorney
                Attorney for Plaintiff