Josh Van de Wetering
Van de Wetering Law Offices, P.C.
512 E. Broadway
PO Box 7575
Missoula, MT 59802
Tel:  406-543-6577
Fax: 406-543-1620
Email: Josh@vdwlaw.net

ATTORNEY FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Cause No. CR-16-BU-23-DLC |
| Plaintiff, | ) ) | |
| -vs- | ) ) | **UNOPPOSED MOTION TO CONTINUE TIME OF CHANGE OF PLEA HEARING** |
| CHARLTON VICTOR CAMPBELL, | ) ) | |
| Defendant. | ) ) ) | |

Comes now Defendant Charlton Victor Campbell, and hereby moves this

Honorable Court for its Order continuing the time of the change of plea hearing,

currently set for 11:00 a.m. March 8, 2017, to 4:00 p.m. on the same day, March 8.

The reason for this motion is that the undersigned only saw the change in time for

the hearing this morning and was unable to notify Mr. Campbell of the change in

time for Mr. Campbell to be able to drive from Bozeman in time.

Counsel for the Government has been contacted regarding this motion and has no objection.

DATED this 8th day of March, 2017.

*/S/ Joshua S. Van de Wetering*
Joshua S. Van de Wetering
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March, 2017, a copy of the foregoing document was served on the following persons by the means indicated below:

CM/ECF                          1-5

1. Clerk, U.S. District Court

2. Tara Elliot
   Assistant United States Attorney
   PO box 8329
   Missoula, MT 59102
   tara.elliott@usdoj.gov

3. Ashley Harada
   P.O. Box 445
   2722 3rd Ave. N.
   Billings, MT 59103
   ashley@haradalawfirm.com

4. Herman A. Watson, III
   424 E. Main, Suite 203 A.
   Bozeman, MT 59715
   watlawparalegal@gmail.com

5. Herman A. Watson, IV
   424 E. Main, Suite 203 A.
   Bozeman, MT 59715

haw4th@gmail.com

/S/ Joshua S. Van de Wetering
Joshua S. Van de Wetering
Attorney for Defendant