IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL JAMES MASON,<br><br>        Defendant. | CR 16–23–BU–DLC–2<br><br>ORDER |

**FILED**

MAR 1 5 2017

Clerk, U S  District Court
District Of Montana
Missoula

This matter came before the Court via unopposed motion by Flint Murfitt, counsel for Kathy Lubke/DPHHS (Montana Department of Public Health and Human Services).

Based upon all the files, records and proceedings herein, IT IS ORDERED THAT the Motion for a Protective Order (Doc. 75) is GRANTED.

IT IS FURTHER that the subpoena to testify by Kathy Lubke/DPHHS is limited to protect confidentiality, personal information, health information and other information disclosure of which is prohibited by state and/or federal law including but not limited to:

(1) Montana Code Annotated § 50–46–301 et. seq. ("Montana Marijuana Act");

(2) Montana Code Annotated § 50–46–303(8) ("Department Responsibilities - issuance of cards -confidentiality - reports");

(3) Montana Code Annotated § 50–46–332 ("Confidentiality of registry information - penalty"); and

(4) District of Montana Local Criminal Rule 16.4 ("Sensitive Material").

Dated this 15th day of March, 2017.

Dana L. Christensen, Chief Judge
United States District Court