**JOSEPH E. THAGGARD**
Assistant U.S. Attorney
U.S. Attorney's Office
105 East Pine, Second Floor
Missoula, Montana 59802
Phone:     (406) 542-8851
FAX:       (406) 542-1476
E-mail:    joseph.thaggard@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. MICHAEL JAMES MASON, Defendant. | CR 16-23-BU-DLC  NOTICE OF WITNESS TESTIMONY FOR MARCH 20, 2017 MOTION HEARING |
|---|---|

The United States of America provides the Court and counsel with notice that it will present the testimony of DEA Special Agent Bryan Fillinger, DEA Special Agent Kevin Evans, and Bozeman Police Department Detective Matthew

1

Slayton for the continuation of the motions hearing currently scheduled for March 20, 2017.

DATED this 16th day of March, 2017.

LEIF JOHNSON
Acting United States Attorney

*/s/ Joseph E. Thaggard*
JOSEPH E. THAGGARD
Assistant U. S. Attorney