**ASHLEY HARADA**
**HARADA LAW FIRM, PLLC**
2722 Third Avenue North, Suite 400
P.O. Box 445
Billings, MT 59103
Telephone: (406) 294-2424
Facsimile: (406) 294-5586
ashley@haradalawfirm.com

ATTORNEY FOR DEFENDANT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL JAMES MASON, <br><br> Defendant. | CR-16-23-BU-DLC-02 <br><br> **UNOPPOSED MOTION FOR CHANGE OF PLEA HEARING** |

Comes now Defendant, by and through the undersigned, and moves to withdraw his previously entered plea of not guilty and enter a plea of guilty. Defense counsel respectfully requests several weeks' notice of the time set for the change of plea hearing in order to accommodate travel arrangements.

Counsel for the United States does not oppose this motion.

DATED this 19th day of March, 2017.

                                                  /s/ Ashley Harada
                                        _____
                                        Ashley Harada
                                        Attorney for Defendant

## CERTIFICATE OF SERVICE - L.R. 5.2(b)

I hereby certify that on March 19, 2017, a copy of the foregoing document was served on the following persons by the following means:

```
_1-2____     CM-ECF
_____     Hand Delivery
_____     Fax
_____     Mail
_____     E-Mail
```

1. Clerk, U.S. District Court

2. JOSEPH THAGGARD
   TARA ELLIOTT
   U.S. ATTORNEY'S OFFICE
   PO Box 8329
   Missoula, MT 59807
   Counsel for the United States


/s/ Ashley Harada
_____
Ashley Harada