IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JAMES MASON,<br><br>Defendant. | CR 16–23–BU–DLC–02<br><br>ORDER |

Before the Court is Defendant Michael James Mason's Motion to Withdraw his previously filed Motion to Dismiss (Doc. 33) and Motion to Enjoin Prosecution (Doc. 35). Defendant also moves to vacate the evidentiary hearing scheduled for March 20, 2017, as to him only. The Court finds good cause for the motion and will grant it.

IT IS ORDERED that:

(1) Defendant's Motion to Withdraw (Doc. 83) is GRANTED;

(2) Defendant's Motion to Dismiss (Doc. 33) and Motion to Enjoin Prosecution (Doc. 35) are WITHDRAWN; and

(3) The hearing scheduled for March 20, 2017, is VACATED, as to Defendant Mason only.

Dated this 20th day of March, 2017.

_____
Dana L. Christensen, Chief Judge
United States District Court