

FILED
APR - 5 2017
Clerk, U S District Court
District Of Montana
Billings

TARA J. ELLIOTT
JOSEPH E. THAGGARD
Assistant U.S. Attorneys
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2d Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: tara.elliott@usdoj.gov
joseph.thaggard@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 16-23-BU-DLC |
|---|---|
| Plaintiff, | SUPERSEDING INFORMATION |
| vs. | MONEY LAUNDERING<br>Title 18 U.S.C. § § 2 and 1956(a)(1)(A)(i) |
| MICHAEL JAMES MASON, | (Penalty: Twenty years imprisonment, $500,000 fine, three years supervised release) |
| Defendants. | |

THE ACTING UNITED STATES ATTORNEY CHARGES:

That beginning on or about March 2016 and continuing thereafter until on or about May 18, 2016, in Gallatin County, in the State and District of Montana, the Defendant, MICHAEL JAMES MASON, knowingly conducted financial

transactions affecting interstate commerce, which involved the proceeds of specified unlawful activity, namely conspiracy to manufacture marijuana and hash oil and possess with intent to distribute marijuana and hash oil, with the intent to promote the carrying on of said specified unlawful activity, and that while conducting such financial transactions, the defendant knew that the property involved represented the proceeds of some form of unlawful activity, and aided and abetted the same, in in violation of 18 U.S.C. § § 2 and 1956(a)(1)(A)(i).

DATED this 5th day of April, 2017

/s/ Joseph E. Thaggard
JOSEPH E. THAGGARD
Assistant U.S. Attorney
Attorney for Plaintiff

_____
LEIF M. JOHNSON
Acting United States Attorney
Attorney for Plaintiff

/s/ Joseph E. Thaggard
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff