**ASHLEY HARADA**
**HARADA LAW FIRM, PLLC**
2722 Third Avenue North, Suite 400
P.O. Box 445
Billings, MT 59103
Telephone: (406) 294-2424
Facsimile: (406) 294-5586
ashley@haradalawfirm.com

ATTORNEY FOR DEFENDANT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL JAMES MASON, <br><br> Defendant. | CR-16-23-BU-DLC-02 <br><br><br> **UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING** |

Comes now Defendant, by and through counsel, and moves to continue the change of plea hearing in this matter, currently set for April 12, 2017, at 2:00 p.m.

The basis for this request is Mr. Mason has a personal commitment of the utmost importance on April 12, 2017, at 1:00 p.m., and he absolutely cannot miss it.  This personal commitment is a previously scheduled

treatment team meeting at Shodair Children's Hospital for Mr. Mason's minor son.  This treatment meeting involves six of the minor child's providers including doctors, psychiatrists, therapists, and teachers.  The purpose of this meeting is to plan for an overnight visit for the minor child at the family residence and the treatment team is requesting all family members who live in the residence attend.  After the treatment team meeting, Mr. Mason and his family are hopeful the minor child will be allowed to have an overnight visit with his family that night.

Mr. Mason's child has serious mental health issues and has not been able to visit the family home since October.  An overnight visit for the minor child would be a significant step toward reunifying the family to meet the end goal of returning the minor child to the residence full time.

Counsel for the United States has been contacted and does not oppose this motion.

The undersigned is available to be in Missoula on April 24, 2017, or April 25, 2017.

DATED this 12th day of April, 2017.

/s/ Ashley Harada

_____

Ashley Harada
Attorney for Defendant

## CERTIFICATE OF SERVICE - L.R. 5.2(b)

I hereby certify that on April 12, 2017, a copy of the foregoing document was served on the following persons by the following means:

_1-2 ____    CM-ECF
_____    Hand Delivery
_____    Fax
_____    Mail
_____    E-Mail


1.    Clerk, U.S. District Court

2.    Joseph Thaggard
     Tara J. Elliott
     U.S. ATTORNEY'S OFFICE - MISSOULA
     PO Box 8329
     Missoula, MT 59807


/s/ Ashley Harada

_____
Ashley Harada