IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL JAMES MASON, <br><br> Defendant. | CR 16–23–BU–DLC–2 <br><br> ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on April 25, 2017. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Michael James Mason's guilty plea after Mason appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of aiding and abetting

1

money laundering in violation of 18 U.S.C. §§ 2 and 1956(a)(1)(A)(i) as set forth in the Superseding Information. In exchange for Defendant's plea, the United States has agreed to dismiss the Indictment against him.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 100), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Michael James Mason's motion to change plea (Doc. 84) is GRANTED and Michael James Mason is adjudged guilty as charged in the Superseding Information.

DATED this 16th day of May, 2017.

Dana L. Christensen, Chief District Judge
United States District Court