
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JAMES MASON,<br><br>Defendant. | CR 16–23–BU–DLC<br><br>ORDER |

Charlton and Elsa Campbell (together "the Campbells") move the Court to release financial affidavits filed by the Defendant in the above-captioned matter to discover whether he "listed as one of his liabilities a loan to the Campbells." (Doc. 147 at 1.) However, a review of the financial information disclosed in Defendant's application for a court-appointed attorney and the summary of Defendant's assets and liabilities contained in the U.S. Probation Office's presentence investigation report reveals no information responsive to the Campbell's inquiry.

Accordingly, the Campbells' motion (Doc. 147) is DENIED.

DATED this 3rd day of January, 2020.

Dana L. Christensen, Chief Judge
United States District Court